**No. 10-496. Robert White, Petitioner v. Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

562 U.S. 1109, 131 S. Ct. 829, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9633.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-504. Joginder Singh, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1109, 131 S. Ct. 829, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9718.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 372 Fed. Appx. 818.

**No. 10-506. Josefina Cruz, Petitioner v. New York City Department of Education, et al.**

562 U.S. 1109, 131 S. Ct. 830, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9789.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 376 Fed. Appx. 82.

**No. 10-523. Brian S. Zahn, Petitioner v. John McHugh, Secretary of the Army.**

562 U.S. 1109, 131 S. Ct. 831, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9666.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 374 Fed. Appx. 753.

**No. 10-524. Ronald D. Morgan, Petitioner v. Town of Mineral, Virginia.**

562 U.S. 1109, 131 S. Ct. 831, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9769,

December 13, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-530. Nawab Munir Ul Haq, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1109, 131 S. Ct. 831, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9745.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 385 Fed. Appx. 411.

**No. 10-534. Certain Underwriters at Lloyd's, London, Petitioner v. Zev Lagstein.**

562 U.S. 1110, 131 S. Ct. 832, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9669.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 607 F.3d 634.

**No. 10-536. Donald J. McGuire, Petitioner v. Wisconsin.**

562 U.S. 1110, 131 S. Ct. 832, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9715.

December 13, 2010. Petition for writ of certiorari to the Supreme Court of Wisconsin denied.

Same case below, 328 Wis. 2d 289, 786 N.W.2d 227.